1  WILLIAM M. SHERNOFF, SBN 38856
   TRAVIS M. CORBY, SBN 268633
2  SHERNOFF BIDART ECHEVERRIA LLP           *MADE JS-6*
3  600 South Indian Hill Boulevard
   Claremont, California 91711
4  Telephone: 909.621.4935
   Facsimile: 909.447.2043
5  wshernoff@shernoff.com
   tcorby@shernoff.com
6
7  Attorneys for Plaintiffs,
   WILLIAM DAWES and DR. PAUL NASSIF

8

9

10

11              UNITED STATES DISTRICT COURT

12             CENTRAL DISTRICT OF CALIFORNIA

13                    WESTERN DIVISION

14

15  WILLIAM DAWES AND DR. PAUL          | CASE NO. CV 11-600-GW(PLAx)
16  NASSIF, M.D., F.A.C.S.,             |
                                         | **ORDER DISMISSING ALL CLAIMS
17          Plaintiffs,                  | AGAINST ALL DEFENDANTS AND
                                         | VACATING POST-MEDIATION
18      v.                               | STATUS CONFERENCE**
19  CIGNA INSURANCE COMPANY and          | **Date:  January 12, 2012**
20  DOES 1 to 10 inclusive;              |
                                         | **Time: 8:30 a.m.**
21          Defendants.                  |
                                         | **Courtroom:  10**
22

23

24

25

26

27

28
                          -1-

                    [PROPOSED] ORDER DISMISSING ALL CLAIMS AGAINST ALL
           DEFENDANTS AND VACATING POST-MEDIATION STATUS CONFERENCE

1    Good cause being shown by the plaintiff filing a Notice of Dismissal with

2  Prejudice of all claims against all Defendants pursuant to F.R.C.P. 41(a)(1)(A)(i),

3  IT IS HEREBY ORDERED that:

4       1.    The case is dismissed in its entirety

5       4.    The Post Mediation Status Conference set for January 12, 2012 is

6  taken off-calendar.

7

8  IT IS SO ORDERED.

9

10

11

12  Date:  January 12, 2012                    _____

13                                              Hon. George H. Wu
                                                United States District Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

_____

[PROPOSED] ORDER DISMISSING ALL CLAIMS AGAINST ALL
DEFENDANTS AND VACATING POST-MEDIATION STATUS CONFERENCE